# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alvin R. Dominique,<br><br>            Plaintiff,<br><br>v.<br><br>Waste Management of Arizona Incorporated,<br><br>            Defendant. | No. CV-16-00430-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation to Dismiss with prejudice. (Doc. 19.) For good cause shown,

**IT IS ORDERED** that this case is dismissed with prejudice, with all parties to bear their own costs and fees.

Dated this 7th day of July, 2016.

Douglas L. Rayes
United States District Judge